STATE v. ROBERTS

No. 115 PC

Case below: 49 NC App 52

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 January 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 27 January 1981.

STATE v. SEUFERT

No. 172 PC

Case below: 49 NC App 524

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 2 February 1981.

STATE v. WILLIAMS

No. 97 PC

Case below: 49 NC App 184

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 January 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 27 January 1981.

TAYLOR v. BAILEY

No. 6

Case below: 49 NC App 216

Motions of plaintiff and defendant to dismiss appeal allowed 13 January 1981.